IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JASON WOOTEN, et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 3:12-CV-00411-JZ |
| RENZENBERGER, INC., et al., | : Judge Jack Zouhary |
| Defendants. | : |

## MOTION FOR ADMISSION OF JEANNIE DEVENEY
## AS COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that the undersigned hereby moves for an order allowing Jeannie DeVeney, of Littler Mendelson, P.C., to appear *pro hac vice* in the representation of Defendant Renzenberger, Inc., in this case. In the present case, Ms. DeVeney will be associated with Bradley A. Sherman of Littler Mendelson, P.C.

Support of this Motion consists of the affidavits of Bradley A. Sherman and Jeannie DeVeney, which are attached hereto.

Respectfully submitted,

/s/ Bradley A. Sherman
Bradley A. Sherman (0063906)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
Email: bsherman@littler.com

Attorneys for Defendant
RENZENBERGER, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JASON WOOTEN, et al.,** | : |
| Plaintiffs, | : |
| v. | : Case No. 3:12-CV-00411-JZ |
| **RENZENBERGER, INC., et al.,** | : Judge Jack Zouhary |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission of Jeannie DeVeney as Counsel *Pro Hac Vice* was filed electronically on this 19th day of March, 2012. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Bradley A. Sherman*
Bradley A. Sherman

One of the Attorneys for Defendant
RENZENBERGER, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JASON WOOTEN, et al.,** | : |
| Plaintiffs, | : |
| v. | : Case No. 3:12-CV-00411-JZ |
| **RENZENBERGER, INC., et al.,** | : Judge Jack Zouhary |
| Defendants. | : |

### CERTIFICATION OF BRADLEY A. SHERMAN IN SUPPORT OF MOTION FOR ADMISSION OF JEANNIE DEVENEY AS COUNSEL *PRO HAC VICE*

Bradley A. Sherman, pursuant to 28 U.S.C. §1746, deposes and says that the following is true and correct based on personal knowledge:

1. I make this application for the admission of Jeannie DeVeney as counsel *pro hac vice*.

2. I am an active member in good standing of the State Bar of Ohio and a member in good standing of the Bar of this Court.

3. I am a Shareholder with the law firm of Littler Mendelson, P.C., which is counsel of record for Defendant, Renzenberger, Inc. The firm's Cleveland, Ohio office is maintained at 1100 Superior Avenue, 20th Floor, Cleveland, Ohio 44114.

4. Jeannie DeVeney is a Shareholder at Littler Mendelson, P.C., and Defendant desires her representation as lead counsel in this action.

5. I am informed and believe that Ms. DeVeney is a member in good standing of the Bar of Missouri. Her credentials are more fully set forth in her certification, which is attached hereto.

3

I declare under penalty of perjury that the foregoing is true and correct.

_____
BRADLEY A. SHERMAN

DATED: March 19, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JASON WOOTEN, et al.,** : | |
| Plaintiffs, : | |
| : | Case No. 3:12-CV-00411-JZ |
| v. : | |
| : | Judge Jack Zouhary |
| **RENZENBERGER, INC., et al.,** : | |
| Defendants. : | |
| : | |

### CERTIFICATION OF JEANNIE DEVENEY IN SUPPORT OF MOTION FOR ADMISSION AS COUNSEL *PRO HAC VICE*

Jeannie DeVeney, pursuant to 28 U.S.C. §1746, deposes and says that the following is true and correct based on personal knowledge:

1. I make this certification in support of my admission as counsel *pro hac vice* in the captioned matter on behalf of Defendant.

2. I am a Shareholder with the law firm of Littler Mendelson, P.C., resident in its office located at 1201 Walnut Street, Suite 1450, Kansas City, Missouri 64106. My office telephone number is 816.627.4400, and my email address is jdeveny@littler.com.

3. I am an active member in good standing of the State Bar of Missouri (bar number 46885, admitted 1995); an active member in good standing of the State Bar of Kansas (bar number 17445, admitted 1996); an active member in good standing of the State Bar of Iowa (bar number 19283, admitted 2006); and, an active member in good standing of the State Bar of Nebraska (bar number 23356, admitted 2010).

4. I have not been suspended of disbarred by any court or subjected to any investigation or proceedings for professional misconduct.

5. I agree to abide by all of the rules of practice and procedure set forth in the Federal Rules of Civil Procedure and the local rules of the United States District Court for the

I declare under penalty of perjury that the foregoing is true and correct.

_____
JEANNIE DEVENEY

DATED: March 13, 2012

Firmwide:109805283.1 062483.1010